## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJA CAUTHEN**<br>**200 Kenilworth Avenue, NE, Apt. 410**<br>**Washington, DC 20019,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**DISTRICT OF COLUMBIA FIRE &**<br>**EMERGENCY MEDICAL SERVICES**<br>**DEPARTMENT**<br>**2000 14th Street, NW, 5th Floor**<br>**Washington, DC 20009,**<br><br>      **Defendant.** | Case: 1:18-cv-00904      H Deck<br>Assigned To : Unassigned<br>Assign. Date : 4/17/2018<br>Description: Employ. Discrim. |

**JURY TRIAL DEMANDED**

### COMPLAINT
### (Title VII & D.C. Human Rights Act Retaliation)

Pursuant to Federal Rule of Civil Procedure Rule 3, Plaintiff Taja Cauthen (hereafter "Plaintiff"), by her undersigned attorney, hereby files her Complaint.

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction of the subject matter of this complaint pursuant to 28 U.S.C. § 1331, because this is an action arising under the laws of the United States, specifically, Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e-5(f).

2. On or about January 11, 2018, Plaintiff filed a formal Charge of Discrimination in EEOC No. 570-2018-00817 with the EEOC and the DC Office of Human Rights.

3. The EEOC accepted Plaintiff's formal Charge of Discrimination as timely.

4. Defendant was duly notified about Plaintiff's administrative complaints and was given an opportunity to respond to her allegations.

5. On January 22, 2018, the EEOC made a decision on the merits of Plaintiff's


RECEIVED

APR 1 7 2018

Clerk, U.S. District and
Bankruptcy Courts

discrimination claims and issued her a Notice of Right to Sue, by regular mail.

6.   This Complaint is filed within 90 days after Plaintiff received the Notice of Right to Sue on her EEOC complaint.

7.   Plaintiff has exhausted the administrative remedies available to her under 42 U.S.C. §§ 2000e, *et seq.*, and all conditions precedent have occurred or been performed.

8.   Venue in this District and in this Division is appropriate pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(c), as Defendant District of Columbia Fire & Emergency Medical Services Department (hereinafter "Defendant") has extensive and deliberate contacts in this District and Division, including a business location at 4600 Shepherd Pkwy SW, Washington, DC 20032, at which Plaintiff attended Defendant's training academy.

## II. THE PARTIES

9.   Plaintiff is a resident of the District of Columbia and a former employee of Defendant.

10. Defendant is a political subdivision of the District of Columbia created pursuant to DC law, which employees more than 500 employees.

## III. FACTS CENTRAL TO PLAINTIFF'S CLAIMS

11. On September 18, 2017, Defendant accepted Plaintiff into its training academy.

12. During her time with Defendant, Plaintiff experienced discriminatory act which prompted her to engage in protected activity.

13. In or about December 21, 2017, Plaintiff made complaints to Defendant's Human Resources office regarding discrimination complaints of discrimination based off gender and disability.

14. Following Plaintiff's disclosure to Human Resources, she also made her concerns of discrimination aware to Defendant's Fire Chief.

15. Subsequently, Defendant inexplicably marked Plaintiff AWOL and then placed her on administratively leave.

16. On January 8, 2018, Defendant terminated Plaintiff without any explanation.

17. Any reason Defendant gives for the different terms and conditions of employment and discharge is pretext to discrimination against her due to her national origin.

18. Plaintiff has been unemployed since her termination.

19. As a result of the Defendant's actions, Plaintiff has suffered loss of income, emotional distress, and pecuniary damages.

## IV. STATEMENT OF CLAIMS

### Count I: Retaliation (Title VII)

20.  Plaintiff adopts and incorporates by reference ¶¶ 1-81 above.

21. As stated above, Plaintiff began engaging in protected activity in or around December 2017 after experiencing discrimination by Defendant.

22. As a result of engaging in protective activity, Defendant marked Plaintiff AWOL and then terminated her.

23. As a result of Defendant's violations of the Title VII retaliation clause, Plaintiff has suffered and is suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

### Count II: Retaliation (D.C. Human Rights Act)

24.  Plaintiff adopts and incorporates by reference ¶¶ 1-81 above.

25. As stated above, Plaintiff began engaging in protected activity in or around December 2017 after experiencing discrimination by Defendant.

26. As a result of engaging in protective activity, Defendant marked Plaintiff AWOL and

then terminated her.

27. As a result of Defendant's violations of the D.C. Human Rights Act retaliation clause, Plaintiff has suffered and is suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

## IV. <u>REMEDIES SOUGHT</u>

28. WHEREFORE, Plaintiff respectfully requests that the Court issue a judgment granting her the following relief from Defendant:

a. A declaratory judgment that defendant discriminated against Plaintiff, as alleged herein;

b. Back pay, including without limitation other lost benefits due to Defendant's discrimination against Plaintiff;

c. Compensatory and punitive damages, pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §§ 1981a(a)(2), 1981a(b)(3)(A), for taking these actions with malice and bad faith;

d. Prejudgment and post judgment interest on all damages, on the lost compensation and compensatory damages;

e. Reasonable attorneys' fees and costs under 42 U.S.C. §§ 1981a, 2000e-5(k); and

f. Such other and further relief as to the Court seems just and warranted.

## VI. <u>JURY TRIAL DEMAND</u>

29. Plaintiff requests a jury trial on all issues of fact and damages arising herein.

Respectfully submitted,

*Edgar Ndjatou*
_____

EDGAR NDJATOU
McCree Ndjatou, PLLC

4

1828 L Street, NW, Suite 600
Washington, DC 20036
T: (202) 290-3724
F: (202) 370-7173
endjatou@mnlawyerspllc.com
*Plaintiff's Counsel*